UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Lionel Seon Miller Jr.
aka Mick Miller

Debtor
____________________________________/

Chapter 7
Case No. 17-30038
Honorable Elizabeth D. Katz

**ORDER RE: MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

Wells Fargo Bank, N.A., by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 19 Honey Pot Road, Southwick, MA 01077, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Wells Fargo Bank, N.A. for Relief From Stay is allowed and Wells Fargo Bank, N.A. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Hampden County Registry of Deeds at Book 17010, on Page 159 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. E~~ntry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).~~ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At ________________ this _____ day of __________________, 2017.

The provisions of Fed. R. Bankr. P. 4001(a)(3) HAVE NOT been wavied.

__________________________________ 04/18/2017
Honorable Elizabeth D. Katz
U.S. BANKRUPTCY JUDGE